Kenneth H. Wennergren, SBN 08374
Wennergren Law Offices
A Professional Corporation
199 South Figueroa Street, 3rd Floor
Ventura, Ca 93001
805-643-3890
khw@wennergren.com

Daniel A. Higson, SBN 71212
Orrock, Higson & Kurta
A Professional Corporation
1835 Knoll Drive
Ventura, Ca 93003
805-642-6405/ 805-642-4648 (Fax)
higsonatty@aol.com

Attorneys for Plaintiff, BendPak, Inc.

John Y. Tu, Esquire, SBN 146945
Law Offices of John Y. Tu
119 S. Atlantic Boulevard, Suite 305
Monterey Park, CA 91754
Telephone: (626) 458-9700
FAX: (626-458-9655
johntulaw@yahoo.com

Attorney for Defendant: STD Lift, Inc., A California Corporation

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BendPak, Inc., A California Corporation<br><br>            Plaintiff,<br><br>vs.<br><br>STD Lift, Inc., A California Corporation, and Chu Yongsheng, an individual.<br><br>            Defendants. | Case No.  CV 06-06671 DDP (Ctx)<br><br><br><br>**Judgment Pursuant to Settlement  Agreement** |

   Pursuant to the Settlement Agreement and the stipulations contained therein by and between the parties hereto, the Court hereby Orders, Decrees, and Adjudges as follows:

**Judgment Pursuant to Settlement Agreement**               1               United States District Court - Central District

1. The Defendants, STD Lift, Inc., A California Corporation, and Chu Yongsheng, aka Yongsheng Chu, and all persons acting in concert with them, are permanently enjoined and restrained from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale, and selling any photographs that infringe the Plaintiff's copyrighted photographs registered with the United States Copyright Office on August 23, 2006, pursuant to Registration #VA1-366-321.

2. The Defendants, STD Lift, Inc., A California Corporation, and Chu Yongsheng, aka Yongsheng Chu, and all persons acting in concert with either of them, are ordered not to violate the trade secret laws of the states of the United States of America. "Trade Secrets" as used herein is limited to information not available in the public domain.

3. Plaintiff and the Defendants shall each bear their own costs and attorney fees.

Dated this 20th day of October, 2008.

_____
**The Honorable Dean D. Pregerson**
**U.S. District Court Judge**